MARY K. HAMMELL, appellant,

*v.*

HENRY R. BARRETT, respondent.

[Submitted March 27th, 1911.    Decided November 20th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 93*.

*Mr. William Harris,* for the appellant.

*Messrs. Carrow & Kraft,* for the respondent.

PER CURIAM.

So much of the decree as is involved in this appeal will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, BOGERT, VREDEN-BURGH, CONGDON—10.

*For reversal*—None.